

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NIYOM SOUVANNASOT, *et al.*, )
                               )
             Plaintiffs,       )
                               )    Civ. No. 19-1770 (UNA)
                               )
REMILA BJATT,             )
                               )
             Defendant.       )

## MEMORANDUM OPINION

The plaintiffs, citizens of Joliet, Illinois, bring this medical malpractice action against Dr. Renuka Bhatt, an Illinois physician who treated Mrs. Souvannasot from June 2011 through February 2013. Plaintiffs demand damages of $1 million.

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). The complaint does not state a claim arising under the United States Constitution or federal law and, therefore, the plaintiffs do not demonstrate federal question jurisdiction. Although the plaintiffs' demand for monetary damages exceeds $75,000, because the parties all are citizens of Illinois, the plaintiffs fail to establish diversity jurisdiction.

Accordingly, the Court will grant the plaintiffs' application to proceed *in forma pauperis* and will dismiss the complaint for lack of subject matter jurisdiction. An Order is issued separately.

DATE: July __, 2019

                                             /s/
                                     United States District Judge